IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Allen, Debra A

Printed: 11/25/08

Case Number: 07 B 23131
Judge: Wedoff, Eugene R
Filed: 12/10/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 18, 2008
Confirmed: February 7, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,474.78 |  |
| Secured: |  | 3,352.39 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,414.00 |
| Trustee Fee: |  | 438.19 |
| Other Funds: |  | 2,270.20 |
| Totals: | 9,474.78 | 9,474.78 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,414.00 | 3,414.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 715.00 | 39.77 |
| 4. | Santander Consumer USA | Secured | 14,003.25 | 850.00 |
| 5. | Litton Loan Servicing | Secured | 14,043.91 | 2,462.62 |
| 6. | Santander Consumer USA | Unsecured | 1,879.90 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 1,981.94 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 656.41 | 0.00 |
| 9. | B-Real LLC | Unsecured | 487.64 | 0.00 |
| 10. | City Of Chicago | Unsecured | 55.62 | 0.00 |
| 11. | Superior Bank FSB | Unsecured | 12,858.64 | 0.00 |
| 12. | AmeriCash Loans, LLC | Unsecured | 2,538.86 | 0.00 |
| 13. | Account Recovery Service | Unsecured |  | No Claim Filed |
| 14. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 15. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 16. | Nationwide Acceptance Corp | Unsecured |  | No Claim Filed |
| 17. | Clerk of The Circuit Court (Co | Unsecured |  | No Claim Filed |
| 18. | Walmart | Unsecured |  | No Claim Filed |
| 19. | Pinnacle Security | Unsecured |  | No Claim Filed |
| 20. | Toys R Us | Unsecured |  | No Claim Filed |
|  |  |  | $ 52,635.17 | $ 6,766.39 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Allen, Debra A

Printed: 11/25/08

Case Number:  07 B 23131
Judge:  Wedoff, Eugene R
Filed:  12/10/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 149.07 |
| 6.5% | 289.12 |
|  | $ 438.19 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

